**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **PHILIP LAWRENCE MORIARTY** <br><br> **v.** <br><br> **ZEFF LAW FIRM LLC,** <br> **GREGG L. ZEFF, ESQ.** | **CIVIL ACTION** <br><br> **NO. 20-3696** |

## <u>ORDER</u>

**AND NOW,** this 30th day of September, 2020, upon consideration of Defendants Zeff Law Firm LLC and Gregg L. Zeff's Motion to Transfer Venue (ECF 3), as well as the Response (ECF 7) and Reply (ECF 8) thereto, and for the reasons given in the accompanying memoranda, it is hereby ORDERED that (1) Defendants' Motion to Transfer Venue is DENIED and (2) Plaintiff's request for leave to file a motion for sanctions is DENIED.

**BY THIS COURT:**

**s/ Michael M. Baylson**

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 20\20-3696 Moriarity v Zeff Law Firm\20cv3696 Order re Motion to Transfer Venue.docx

1