UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILIP LAWRENCE MORIARTY,<br><br>Plaintiff<br><br>vs.<br><br>ZEFF LAW FIRM LLC AND GREGG L. ZEFF, Esquire,<br><br>Defendants | Civil Action No.: 2:20-cv-03696-MMB |

### DEFENDANTS, ZEFF LAW FIRM, LLC AND GREGG L. ZEFF'S PRAECIPE TO WITHDRAW MOTION TO COMPEL COMPLIANCE WITH SUBPOENA TO NON-PARTY, GETTYSBURG HOSPITAL

**TO THE PROTHONOTARY:**

Kindly mark Defendants' Motion to Compel Compliance with Subpoena to Non-Party Gettysburg Hospital, which was filed on November 12, 2020, withdrawn as moot.

Respectfully submitted,

Date: November 16, 2020

*Pamela J. Devine /s/*
Pamela J. Devine, Esquire
Pennsylvania Attorney I.D. No.: 76840
**BARDSLEY, BENEDICT + CHOLDEN, LLP**
10 Valley Stream Parkway, Suite 201
Malvern, PA 19355
Telephone:  215-977-4133
Fax:  866-368-5234
Email:  pdevine@bbclawfirm.com
*Attorney for Defendants, Zeff Law Firm, LLC and Gregg L. Zeff, Esquire*

**It is so ORDERED this 16th day of November, 2020.**
**It is FURTHER ORDERED that the telephone conference scheduled for December 1, 2020 is hereby CANCELED.**

**s/ Michael M. Baylson, USDJ**