IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| PHILIP LAWRENCE MORIARTY  v.  ZEFF LAW FIRM LLC, et al. | CIVIL ACTIO1N  NO. 20-3696 |
|---|---|

### ORDER RE: MOTIONS IN LIMINE

**AND NOW**, this 19th day of January, 2022, for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that Plaintiff's Motions in Limine (Doc. Nos. 53-55) are **GRANTED** in part and **DENIED** in part; and Defendants' Motions in Limine (Doc. Nos. 49-50) are **DEFERRED** until trial.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

C:\Users\alessandramungioli\Desktop\20cv3696 Order re Motions in Limine.docx