IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| PHILIP LAWRENCE MORIARTY v. ZEFF LAW FIRM LLC et al | CIVIL ACTIO1N NO. 20-3696 |
|---|---|

## CIVIL JUDGMENT

AND NOW, this 26th day of January, 2022, in accordance with the verdict rendered by the jury in this matter on January 26, 2022,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of Defendants, Zeff Law Firm, LLC and Gregg Zeff, Esquire, and against Plaintiff Philip Lawrence Moriarty.

BY THE COURT:

ATTEST:

s/ Lori K. DiSanti
Lori DiSanti *Deputy Clerk to*
*Hon Michael M. Baylson, USDJ*